UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATHLEEN M. DUFFY and
LINDA DUFFY KELLEY,

        Plaintiffs,        Case No.: 14-CV-01545-RBD-TBS

v.

FOX NEWS NETWORK, LLC,

        Defendant.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Kathleen M. Duffy and Linda Duffy Kelley and Defendant Fox News Network, LLC, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is voluntarily dismissed, with prejudice.

DATED: March 8, 2016

By: /s/  Alberto E. Lugo-Janer

Alberto E. Lugo-Janer, Esq.
Florida Bar Number 0972592
alugo-janer@cplspa.com
lugojaner@earthlink.net
CPLS, P.A.
201 East Pine Street, Suite 445
Orlando, FL 32801
Tel 407-647-7887
Fax 407-647-5396
www.cplspa.com
CPLS File No. 1755-1

*Counsel for Plaintiffs*

By: /s/  Dori Ann Hanswirth

HOGAN LOVELLS US LLP

John F. O'Sullivan
Florida Bar No. 143154
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Telephone:  (305) 459-6500
Facsimile:   (305) 459-6550
E-mail: john.osullivan@hoganlovells.com

Dori Ann Hanswirth (*admitted pro hac vice*)
Benjamin A. Fleming (*admitted pro hac vice*)
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile:  (212) 918-3100
E-mail: dori.hanswirth@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Counsel for Defendant Fox News Network, LLC*